# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                                            Case No. 23-CV-962-SCD

**APPROXIMATELY $73,592 IN U.S. CURRENCY,**

    **Defendant.**

## JUDGMENT OF FORFEITURE

Upon consideration of the United States' Motion for Entry of Judgment of Forfeiture, the parties' Stipulation and Settlement Agreement, and the other pleadings and papers on file in this case, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

    1.    All right, title, and interest in the defendant property, approximately $73,592 in United States currency, are forfeited to the United States of America.

    2.    The United States Marshal shall deposit the approximately $73,592 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

    3.    This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

    Dated at Milwaukee, Wisconsin, this 16th day of July, 2024.

**APPROVED:**

_____
STEPHEN C. DRIES
United States Magistrate Judge

Judgment entered this __16th__ day of __July__, 2024.

    GINA COLLETTI
    Clerk of Court

By: *K. Hubacz*
_____
    Deputy Clerk